IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RMF GLOBAL, INC.,
INNOVATIVE DESIGNS, INC.,

    Plaintiffs

v.                                   Civil Action No. 04-CV-0593

ELIO D. CATTAN,                    The Honorable Arthur J. Schwab
ELIOTEX, SRL,

    Defendants

## JUDGMENT

AND NOW, to wit, this 9th day of May, 2006, upon consideration of the record and Defendants' foregoing Motion, it is hereby ORDERED, ADJUDGED AND DECREED that Judgment is entered on this Court's Order of March 6, 2006, in favor of Defendants and against Plaintiffs, jointly and severally, in the amount of $4,176,000, plus legal interest thereon, from May 6, 2005. It is further ORDERED, ADJUDGED AND DECREED that, pursuant to the Italian Arbitration Award, Defendant RMF Global, Inc. shall CEASE the employment of the Eliotex trademark Serial number 76496166 filed on March 10, 2003 with the United States Patent and Trademark Office and U.S. Patent 6,083,999 and that the contract of June 11, 1999, between the parties hereto is terminated, and legal fees of Euro 50,000, which converts to US $63,601.23 as of May 8, 2006, plus 2% CPA tax and 20% value added tax (VAT) to be paid to the Lawyer Mr. Adriano Battistotti, arbitrators fees of Euro 54,000, which converts to US $68,696.97 as of May 8, 2006, in favor of the President Arbitrator, and Euro 48,000 in favor of each of the other

ndk012114V001

two arbitrators, the latter being a combined amount of Euro 96,000, which converts to US $122,107.23 as of May 8, 2006, plus 2% CPA tax plus 20% VAT.

BY THE COURT:

_____
United States District Judge