IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RMF GLOBAL, INC. and
INNOVATIVE DESIGNS, INC.,

    Plaintiffs/Judgment Debtors,        Case No. 2:04-cv-00593

v.

ELIO D. CATTAN and
ELIOTEX, SRL

    Defendants/Judgment Creditors,

## ASSIGNMENT AND SATISFACTION OF JUDGMENT

    Kindly enter and index in the above-captioned matter the Assignment of Judgment which Greystone, Inc. ("Assignor") assigned to Elite Properties, LLC ("Assignee") by Assignment of Judgment dated October 3, 2007, a copy of which is attached hereto as Exhibit A.

    Further, kindly mark the aforementioned Judgment satisfied.

    Respectfully submitted,

    /s/ Robert O Lampl
    Robert O Lampl
    Pa. I.D. # 19809
    John P. Lacher
    Pa. I.D. # 62297
    960 Penn Avenue
    Suite 1200
    Pittsburgh, PA 15222
    (412) 392-0330

    Counsel for Elite Properties, LLC